CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 2 6 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| JANNIE M. GREIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:06CV00109 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | By: Samuel G. Wilson |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

In accordance with the court's memorandum opinion entered on this date adopting the report and recommendation of the United States Magistrate Judge, it is **ORDERED** and **ADJUDGED** that the final decision of the Commissioner of Social Security is **AFFIRMED**.

ENTER: This 26th day of December 2007.

_____
UNITED STATES DISTRICT JUDGE